# UNITED STATES DISTRICT COURT

AO 440(REV 1/90) Summons in a Civil Action

_____ DISTRICT OF ____HAWAII____

UNITED STATES OF AMERICA,

                                      **SUMMONS IN A CIVIL ACTION**
      Plaintiff,

        v.                        CASE NUMBER:

MICHAEL WILLIAM FLAHERTY,
MARGARET RONA LEE FLAHERTY, BANK OF
HAWAII, STATE OF HAWAII DEPARTMENT OF TAXATION,

      Defendants.

TO: (Name and Address of Defendant)

TO ALL DEFENDANTS

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Jeremy N. Hendon, Trial Attorney | Edward H. Kubo, Jr., Esquire |
| U.S. Dept. of Justice, Tax Division | United States Attorney |
| P.O. Box 683 | Room 6100, PJKK Federal Building |
| Ben Franklin Station | 300 Ala Moana Blvd., Box 50183 |
| Washington, D.C. 20044-0683 | Honolulu, Hawaii 96850 |

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



SUE BEITIA                                             OCT 3 1 2008

CLERK                                                 DATE

/s/ Drew Tomimoto

BY DEPUTY CLERK

AO 440 (Rev 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 12/2/2008 9:15A HST |
| NAME OF SERVER (Print) Alan Ochiae | TITLE Revenue Officer |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant, Michael W. Flaherty. Place where served: 53-3951 Hiwahiwa St, Kapaau, HI 96755

☐ Left copies thereof at the defendant, _____'s dwelling house or usual place o abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (Specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| n/a | n/a | n/a |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/3/2008
Date

Signature of Server

101 Aupuni St., Rm. 228
Hilo, HI 96720
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.