Margaret Rona Lee Flaherty, pro se
PO Box 1308
Kapaau, HI, 96755
808-889-1004 phone

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 06 2009

at____o'clock and____min____M.
SUE BEITIA, CLERK

United States District Court for the
District of Hawaii

| | |
|---|---|
| United States of America ) | |
| ) | |
| Plaintiff, ) | Civil Action No. CV08-00493 SOM KSC |
| ) | |
| vs. ) | |
| ) | **SCHEDULING CONFERENCE** |
| Michael W. Flaherty ) | **STATEMENT PURSUANT TO LR 16.2 (B)** |
| Margaret Lee Rona Flaherty, ) | |
| Bank of Hawaii, the State of ) | |
| Hawaii, Department of Taxation ) | |
| ) | |
| Defendants ) | |
| ) | |

Margaret Rona Lee Flaherty, pro se
Scheduling Conference Statement Pursuant to LR 16.2 (b)

Margaret Rona Lee Flaherty respectfully submits the following Schedule Conference Statement in accordance with LR 16.2 (b).

1. Nature of the Case

This dispute is between the United States of America and my husband, and I believe that they have accurately described their individual positions.

2. Jurisdiction and Venue

I, Margaret Rona Lee Flaherty admits that this court has jurisdiction pursuant 26 U.S.C. §§ 7402, 28 U.S.C. §§ 1331 and §§ 1345 over this matter but deny the tax liabilities that the Government claims. Venue for this action is proper in the District of Hawaii pursuant 28 U.S.C. §§ 1391 because I reside in, and my real property is located within, this judicial district. In addition, the fraud perpetrated by IRS officials have occurred in this State. All other claims by the Government are strictly denied.

3. <u>Jury Trial Election</u>

I, Margaret Rona Lee Flaherty demand a Jury trial.

4. <u>Disclosures</u>

The parties have agreed to exchange the information required by Fed. R. Civ. P. 26 and LR 26.1 on or by February 17, 2009. There are <u>many</u> additional disclosure contemplated at this time and because the IRS Disclosure Office has already shown a blatant disregard for the law in providing information <u>required under 5 U.S.C. 552, I may seek the courts assistance in procuring this information.</u>

5. <u>Discovery Status</u>

As of this writing, no party has conducted formal discovery.

<u>Pending Motions and Hearing Dates</u>

There are no pending motions and the only pending hearing date is the Fed. R. Civ. P. 16 (b) and LR 16.2 of the Local Rules of the United States District Court for the District of Hawaii Scheduling Conference set for February 9, 2009.

6. <u>Special Procedures under Fed. R. Civ. P. 16 (c) and LR 16.2</u>

I, Margaret Rona Lee Flaherty am not aware of any additional procedures and matters described in Fed. R. Civ. P. 26 and LR 26.1 that may be addressed, but will reserve comment until after I have the initial Discovery is completed.

7. <u>Related Cases</u>

I, Margaret Rona Lee Flaherty am not aware of any related cases in any state or federal court.
Dated this 4th day of February, 2009

Respectfully Submitted,

/s/ M. Rona Lee Flaherty
Margaret Rona Lee Flaherty, pro se
P. O. Box 1308
Kapaau, HI. 96755-1308
microflah@yahoo.com

## CERTIFICATE OF SERVICE

I, M. Rona Lee Flaherty, certify by my signature above that a copy of the foregoing was delivered by email this February 5, 2009 to:

Jeremy N. Hendon
US Department of Justice - Tax Division
PO Box 683
Ben Franklin Station
Washington, DC 20044-0683
Email: Jeremy.Hendon@usdoj.gov

Curtis C. Smith
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 Ben Franklin Station
Washington, DC 20044-0683
Email: Curtis.C.Smith@usdoj.gov

EDWARD H. KUBO JR., Esq. (2499)
United States Attorney
District of Hawaii

HARRY YEE (3790)
Asst. United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
E-mail: Harry.Yee@usdoj.gov