# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV08-00493SOM-KSC |
| CASE NAME: | United States of America v. Michael William Flaherty, et al. |
| ATTYS FOR PLA: | Jeremy Hendon, by phone |
| ATTYS FOR DEFT: | Michael Flaherty, Pro Se, by phone |
| | Margaret Flaherty, Pro Se, by phone |
| | Kristie Chang |
| | Caroline Otani |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 2/9/2009 | TIME: | 9:00-9:05am |

COURT ACTION:  EP: Rule 16 Scheduling Conference.  Rule 16 Scheduling Conference held.  Rule 16 Scheduling Conference Order to be issued.  Mr. Flaherty informs the court that he may have made an error in his Scheduling Conference Statement regarding jurisdiction.

1. Jury trial on February 23, 2010 at 9:00 a.m. before SOM
2. Final Pretrial Conference on January 12, 2010 at 9:00 a.m. before KSC
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by January 5, 2010
5. File motions to Join/Add Parties/Amend Pleadings by July 24, 2009
6. File other Non-Dispositive Motions by November 25, 2009
7. File Dispositive Motions by September 23, 2009
8a. File Motions in Limine by February 2, 2010
8b. File opposition memo to a Motion in Limine by February 9, 2010
11a. Plaintiff's Expert Witness Disclosures by August 24, 2009
11b. Defendant's Expert Witness Disclosures by September 23, 2009
12. Discovery deadline **December 28, 2009**
13. Settlement Conference set for 10/27/2009 at 10:00am before KSC
14. Settlement Conference statements by 10/20/2009
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by February 9, 2010
21. File Final witness list by February 2, 2010

24. Exchange Exhibit and Demonstrative aids by January 26, 2010
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by February 2, 2010
26. File objections to the Exhibits by February 9, 2010
28a. File Deposition Excerpt Designations by February 2, 2010
28b. File Deposition Counter Designations and Objections by February 9, 2010
29. File Trial Brief by February 9, 2010
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters:
None.

Submitted by: Shari Afuso, Courtroom Manager

CV08-493SOM-KSC
United States of America v. Michael William Flaherty, et al.
Rule 16 Scheduling Conference Order
2/9/2009