MARK J. BENNETT, #2672
Attorney General of Hawaii

KRISTIE CRUZ CHANG, #6979
Deputy Attorney General
Department of the Attorney
  General, State of Hawaii
Hale Auhau Building
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1470
E-Mail:   Kristie.C.Chang@hawaii.gov

Attorneys for Defendant
DIRECTOR OF TAXATION,
STATE OF HAWAII

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL WILLIAM FLAHERTY,<br>MARGARET RONA LEE FLAHERTY,<br>BANK OF HAWAII, THE STATE OF<br>HAWAII, DEPARTMENT OF TAXATION,<br><br>        Defendants. | Case No. CV08-00493 (SOM/KSC)<br><br>DEFENDANT STATE OF HAWAII,<br>DEPARTMENT OF TAXATION'S<br>SCHEDULING CONFERENCE STATEMENT<br><br>Scheduling Conference<br>Date:  February 9, 2009<br>Time:  9:00 a.m.<br>Judge: The Honorable Kevin S.C. Chang |

321270.1

DEFENDANT STATE OF HAWAII, DEPARTMENT OF
TAXATION'S SCHEDULING CONFERENCE STATEMENT

COMES NOW Defendant Director of Taxation, State of Hawaii ("DIRECTOR"), by and through his attorney KRISTIE CRUZ CHANG, Deputy Attorney General, State of Hawaii, hereby respectfully submits his Scheduling Conference Statement in accordance with

Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.2(b) of the Rules of the United States District Court for the District of Hawaii.

1. <u>Short Statement of the Case</u>.

　　This case arises out of the non-payment of taxes and tax liability owed by Defendant MICHAEL WILLIAM FLAHERTY to Plaintiff United States of America and the Internal Revenue Service ("IRS"). The IRS seeks to (a) reduce the federal income tax assessments owed by Defendant MICHAEL WILLIAM FLAHERTY to a judgment and (b) to foreclosure upon Defendants MICHAEL WILLIAM FLAHERTY and MARGARET RONA LEE FLAHERTY interest in the real property and improvements situated at 53-3951 Hiwahiwa Road, Kapaau, Hawaii 96755 ("Property") in partial satisfaction of defendant MICHAEL WILLIAM FLAHERTY's federal tax liabilities.

　　The DIRECTOR has an interest in the Property by virtue of that certain Tax Lien against defendant MICHAEL WILLIAM FLAHERTY dated July 22, 2005 and recorded in the Bureau of Conveyance, State of Hawaii, as Document No. 2005-151375.

2. <u>Statement of Jurisdiction</u>.

　　This court has jurisdiction over this case.

3. <u>Demand for Jury Trial</u>.

　　There has been no demand for a jury trial.

4. <u>Appropriateness, Extent and Timing of Disclosures</u>.

The DIRECTOR has not filed any disclosures in this case, but intends to file his Fed.R.Civ.P. 26(a) disclosure shortly.

5. <u>Discovery Completed/In Progress/Motions Pending</u>.

The DIRECTOR has not conducted any discovery at this point in the proceeding.

6. <u>Appropriateness of Any Special Procedures or Other Matters</u>.

The DIRECTOR has not requested any special procedure or other matters, but reserves his rights to request any special procedure should one be deemed necessary.

7. <u>Related Cases Pending in any State or Federal Court</u>.

The DIRECTOR is not aware of any related cases pending in any State or Federal Court.

8. <u>Additional Matters</u>.

The parties had one joint telephone conference on January 15, 2009.

DATED: Honolulu, Hawaii, February 9, 2009.

/s/ Kristie Cruz Chang
_____
KRISTIE CRUZ CHANG
Deputy Attorney General

Attorney for Defendant
DIRECTOR OF TAXATION,
STATE OF HAWAII

MARK J. BENNETT, #2672
Attorney General of Hawaii

KRISTIE CRUZ CHANG, #6979
Deputy Attorney General
Department of the Attorney
  General, State of Hawaii
Hale Auhau Building
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1470
E-Mail:   Kristie.C.Chang@hawaii.gov

Attorneys for Defendant
DIRECTOR OF TAXATION,
STATE OF HAWAII

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br><br>MICHAEL WILLIAM FLAHERTY,<br>MARGARET RONA LEE FLAHERTY,<br>BANK OF HAWAII, THE STATE OF<br>HAWAII, DEPARTMENT OF TAXATION,<br><br>         Defendants. | Case No. CV08-00493 (SOM/KSC)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 9, 2009, a true and correct copy of **DEFENDANT STATE OF HAWAII, DEPARTMENT OF TAXATION'S SCHEDULING CONFERENCE STATEMENT** was duly served

via U. S. Mail, postage prepaid, on the following at their last known addresses:

    JEREMY N. HENDON, ESQ.
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 683, Ben Franklin Station
    Washington DC 20044-0683
        Attorney for Plaintiff

    MICHAEL WILLIAM FLAHERTY
    P.O. Box 1308
    Kapaau, Hawaii 96755

    MARGARET RONA LEE FLAHERTY
    P.O. Box 1308
    Kapaau, Hawaii 96755

    BANK OF HAWAII
    c/o Scott I. Takahashi
    130 Merchant Street, 16th Floor
    Honolulu, Hawaii 96813

    DATED:   Honolulu, Hawaii, February 9, 2009.

                                         /s/ Kristie Cruz Chang
                                        _____
                                        KRISTIE CRUZ CHANG
                                        Deputy Attorney General
                                        Attorney for Defendant
                                        DIRECTOR OF TAXATION,
                                        STATE OF HAWAII