```
RUSH MOORE LLP
A Limited Liability Law Partnership

CAROLINE S. OTANI    5854-0
737 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Tel. No. (808) 521-0432
FAX  No. (808) 521-0497
E-mail:   cotani@rmhawaii.com

Attorney for Defendant Bank of Hawaii
```

IN THE UNITED STATES DISTRICT FOR THE

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL WILLIAM FLAHERTY, MARGARET RONA LEE FLAHERTY, BANK OF HAWAII, THE STATE OF HAWAII, DEPARTMENT OF TAXATION,<br><br>　　　　　　Defendants. | ) Case No. CV08-000493 SOM KSC<br>)<br>)<br>) DEFENDANT BANK OF HAWAII'S<br>) SCHEDULING CONFERENCE STATEMENT;<br>) CERTIFICATE OF SERVICE<br>)<br>) Scheduling Conference:<br>) Date: February 9, 2009<br>) Time: 9:00 a.m.
) Judge: Kevin S. C. Chang<br>)<br>) |

### DEFENDANT BANK OF HAWAII'S SCHEDULING CONFERENCE STATEMENT

Comes now Defendant BANK OF HAWAII (hereinafter referred to as Defendant LENDER), and respectfully submits its Scheduling Conference Statement in accordance with Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.2(b) of the Rules of the United States District Court for the District of Hawaii.

1. <u>Short Statement of the Case</u>

This cases arises out of alleged non-payment of taxes and tax liability owed by Defendant Michael William Flaherty to

Plaintiff United States of America. Plaintiff seeks to reduce the tax liability to a judgment and to subsequently foreclose upon its judgment. The judgment would presumably attach to that certain real property located at 53-3951 Hiwahiwa Road, Kapaau, Hawaii 96755 ("Property") that is owned by Defendant Michael William Flaherty and Defendant Margaret Rona Lee Flaherty (collectively, "Defendants FLAHERTY").

Defendant LENDER has an interest in the Property by virtue of its first mortgage dated May 12, 1993, recorded in the Office of the Assistant Registrar of the Land Court of the State of Hawaii as Document No. 2025882 and its second mortgage dated September 9, 1993, recorded as aforesaid as Land Court Document No. 2070854.

2.  <u>Statement of Jurisdiction</u>

This Court has jurisdiction over this case.

3.  <u>Demand for Jury Trial</u>

Defendants FLAHERTY have made demand for a jury trial.

4.  <u>Appropriateness, Extent and Timing of Disclosures</u>

Defendant LENDER has not yet filed any disclosures in this case but intends to file its disclosures shortly.

5.  <u>Discovery Completed/In Progess/Motions Pending</u>

Defendant LENDER has not conducted any discovery at this point in the proceeding.

6. <u>Appropriateness of Any Special Procedures or Other Matters</u>

Defendant LENDER has not requested any special procedures or other matters but reserves the right to request any special procedure should one be deemed necessary.

7. <u>Related Cases Pending in any State or Federal Court</u>

Defendant LENDER is not aware of any related cases pending in any State or Federal Court.

8. <u>Additional Matters</u>

None.

DATED:  Honolulu, Hawaii, February 9, 2009.

                                    /S/ CAROLINE S. OTANI
                                    CAROLINE S. OTANI
                                    Attorney for Defendant
                                      BANK OF HAWAII

IN THE UNITED STATES DISTRICT FOR THE

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CV08-000493 SOM KSC |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL WILLIAM FLAHERTY, ) | |
| MARGARET RONA LEE FLAHERTY, BANK ) | |
| OF HAWAII, THE STATE OF HAWAII, ) | |
| DEPARTMENT OF TAXATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2009, copies of Defendant Bank of Hawaii's Scheduling Conference Statement were duly served upon the following named parties in the manner listed below:

| | Mailed | CM/ECF |
|---|---|---|
| JEREMY N. HENDON<br>Tax Division<br>U.S. Department of Justice<br>P.O. Box 683, Ben Franklin Station<br>Washington DC 20044-0683<br>Attorney for Plaintiff | | X |
| MICHAEL WILLIAM FLAHERTY<br>P.O. Box 1308<br>Kapaau, HI 96755<br>Defendant | X | |
| MARGARET RONA LEE FLAHERTY<br>P.O. Box 1308<br>Kapaau, HI 96755<br>Defendant | X | |

```
KRISTIE CRUZ CHANG                                              X
Department of the Attorney General-
State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Attorney for Defendant
State of Hawaii, Department of Taxation
```

DATED: Honolulu, Hawaii, February 9, 2009.

/S/CAROLINE S. OTANI
CAROLINE S. OTANI
Attorney for Defendant
BANK OF HAWAII