MARK J. BENNETT, #2672
Attorney General of Hawaii

KRISTIE CRUZ CHANG, #6979
Deputy Attorney General
Department of the Attorney
  General, State of Hawaii
Hale Auhau Building
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1470
Email: Kristie.C.Chang@hawaii.gov

Attorneys for Defendant
DIRECTOR OF TAXATION,
STATE OF HAWAII

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>MICHAEL WILLIAM FLAHERTY,<br>MARGARET RONA LEE FLAHERTY,<br>BANK OF HAWAII, THE STATE OF<br>HAWAII, DEPARTMENT OF TAXATION,<br><br>            Defendants. | Case No. CV08-00493 (SOM/KSC)<br><br>DEFENDANT STATE OF HAWAII,<br>DEPARTMENT OF TAXATION'S<br>INITIAL DISCLOSURES PURSUANT TO<br>FED. R. CIV. PROC. RULE 26(a);<br>CERTIFICATE OF SERVICE<br><br>TRIAL DATE: February 23, 2010 |

321343.1

**DEFENDANT STATE OF HAWAII, DEPARTMENT OF TAXATION'S
INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. PROC. RULE 26(a)**

 COMES NOW, Defendant Director of Taxation, State of Hawaii, by and through his attorney KRISTIE CRUZ CHANG, Deputy Attorney General, and pursuant to Rule 26 (a) Federal Rules of Civil Procedure ("FRCP") and Local Rule 26.1 (a) Rules of the United

States District Court for the District of Hawai`i ("Local Rules"), hereby submit his initial disclosures as follows:

## I.   *PERSONS WITH PERSONAL KNOWLEDGE*

The following identified persons have knowledge of discoverable information relevant to the claims of Defendant Director.

1. Plaintiff United States of America c/o Jeremy Hendon, Esq. U.S. Department of Justice, P.O. Box 683, Ben Franklin Station, Washington DC, 20044-0683, Telephone: (202) 353-2466.

2. Defendant Michael William Flaherty, P.O. Box 1308, Kapaau, Hawaii 96755, Telephone: (808) 889-1004.

3. Defendant Margaret Rona Lee Flaherty, P.O. Box 1308, Kapaau, Hawaii 96755, Telephone: (808) 889-1004.

4. Defendant Bank of Hawaii c/o Caroline S. Otani, Esq. Rush Moore LLP, 737 Bishop Street, Suite 2400, Honolulu, Hawaii 96813 Telephone (808) 521-0432.

5. Laura Takahashi, Delinquent Tax Collection Assistant II (DTCA II), c/o Kristie Cruz Chang, Deputy Attorney General, 425 Queen Street, Honolulu, Hawaii 96813, Telephone: (808) 586-1470.

6. Alan Nishigaya, Delinquent Tax Collection Assistant III (DTCA III), c/o Kristie Cruz Chang, Deputy Attorney General, 425 Queen Street, Honolulu, Hawaii 96813, Telephone: (808) 586-1470.

7. Lynne Kaneta, Tax Collector, c/o Kristie Cruz Chang, Deputy Attorney General, 425 Queen Street, Honolulu, Hawaii 96813, Telephone: (808) 586-1470.

8. Jerry Ebesu, Document Processing Operation Manager, c/o Kristie Cruz Chang, Deputy Attorney General, 425 Queen Street, Honolulu, Hawaii 96813, Telephone: (808) 586-1470.

      9.    Defendant Director reserves the right to identify other persons who may have knowledge of discoverable information relevant to the claims and the defenses of the parties.

## II. *DOCUMENTS, DATA COMPILATIONS, TANGIBLE THINGS*

Defendant Director is in possession, custody or control of all documents, data compilations and tangible things to support his defenses with respect to taxes owed to the Department of Taxation, State of Hawaii.  Defendant Director is prohibited from disclosing confidential taxpayer returns and return information under Hawaii Revised Statute §§ 235-116 and 237-34.

Categories of documents, data compilations and tangible things include tax returns, assessments, correspondence with Defendant Michael William Flaherty, audit files, and delinquent tax notices and calculations.

## III. *DAMAGES*

Defendant Director of Taxation is not claiming any damages; therefore, there is no computation of any category of damages available for inspection or copying.

### IV. INSURANCE

Defendant is the Director of a State of Hawaii department, a self-insured entity.  There is no insurance agreement that is available for inspection or copying.

DATED:  Honolulu, Hawaii, February 11, 2009.

/s/ Kristie Cruz Chang

_____
KRISTIE CRUZ CHANG
Deputy Attorney General

Attorney for Department of
Taxation, State of Hawaii

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>MICHAEL WILLIAM FLAHERTY,<br>MARGARET RONA LEE FLAHERTY,<br>BANK OF HAWAII, THE STATE OF<br>HAWAII, DEPARTMENT OF TAXATION,<br><br>            Defendants. | Case No. CV08-00493 (SOM/KSC)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 11, 2009, true and correct copy of **DEFENDANT STATE OF HAWAII, DEPARTMENT OF TAXATION'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. PROC. RULE 26(a)** was duly served upon the following named parties in the manner listed below):

|  | Mailed | CM/ECF |
|---|---|---|
| JEREMY N. HENDON, ESQ.<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683, Ben Franklin Station<br>Washington DC 20044-0683<br>     Attorney for Plaintiff | | X |
| MICHAEL WILLIAM FLAHERTY<br>P.O. Box 1308<br>Kapaau, Hawaii 96755<br>     Defendant | X | |

```
MARGARET RONA LEE FLAHERTY                          X
P.O. Box 1308
Kapaau, Hawaii 96755
     Defendant

CAROLINE S. OTANI, ESQ.                             X
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
     Attorney for Defendant Bank of Hawaii


DATED:   Honolulu, Hawaii, February 11, 2009.


                              /s/ Kristie Cruz Chang
                              _____
                              KRISTIE CRUZ CHANG
                              Deputy Attorney General
                              Attorney for Defendant
                              DIRECTOR OF TAXATION,
                              STATE OF HAWAII
```