IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CIVIL NO. 08-00493 SOM-KSC |
|---|---|
| Plaintiff, | ) ORDER GRANTING UNITED ) STATES' UNOPPOSED MOTION |
| vs. | ) TO CONTINUE SETTLEMENT ) CONFERENCE AND DISPOSITIVE |
| MICHAEL WILLIAM FLAHERTY, MARGARET RONA LEE FLAHERTY, BANK OF HAWAII, STATE OF HAWAII DEPARTMENT OF TAXATION, | ) MOTION FILING DEADLINE ) ) ) ) ) |
| Defendants. | ) |

ORDER GRANTING UNITED STATES' UNOPPOSED
MOTION TO CONTINUE SETTLEMENT CONFERENCE AND
DISPOSITIVE MOTION FILING DEADLINE

Before the Court is Plaintiff United States of America's ("Plaintiff") Unopposed Motion to Continue Settlement Conference and Dispositive Motion Filing Deadline ("Motion"), filed September 21, 2009. The Court finds this matter suitable for disposition without a hearing pursuant to Rule 7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawaii. After careful consideration of the Motion, the Court GRANTS the Motion.

Plaintiff requests that the Court extend 1) the dispositive motions deadline from September 23, 2009 to December 2, 2009 and 2) the settlement conference from October 27, 2009 to the week of November 16-19, 2009. The extensions are requested to allow Plaintiff and Defendant Michael Flaherty to continue discussions for possible resolution of the claim to reduce the tax assessment to judgment and to conserve Plaintiff's resources by combining trips to Hawaii. Jeremy Hendon, counsel for Plaintiff, represents that he has contacted Defendants and/or counsel for Defendants and no one objected to the Motion.

Based on the foregoing and pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Court finds that good cause exists to amend the Rule 16 Scheduling Order. The dispositive motions deadline is hereby extended to December 2, 2009, and the settlement conference shall take place between November 16-19, 2009. The courtroom manager will contact counsel and the parties to confirm their availability.

Accordingly, Plaintiff's Motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, September 23, 2009.



_____
Kevin S.C. Chang
United States Magistrate Judge

CV 08-00493 SOM-KSC; UNITED STATES OF AMERICA V. FLAHERTY, ET AL.; ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE AND DISPOSITIVE MOTION FILING DEADLINE