IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CIVIL NO. 08-00493 SOM-KSC |
| | ) |
|     Plaintiff, | ) ORDER GRANTING DEFENDANT |
| | ) MICHAEL FLAHERTY'S |
|     vs. | ) UNOPPOSED MOTION TO |
| | ) CONTINUE DEADLINE TO JOIN |
| MICHAEL WILLIAM FLAHERTY, | ) ADDITIONAL PARTIES |
| MARGARET RONA LEE FLAHERTY, | ) |
| BANK OF HAWAII, STATE OF | ) |
| HAWAII DEPARTMENT OF | ) |
| TAXATION, | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

ORDER GRANTING DEFENDANT MICHAEL FLAHERTY'S UNOPPOSED
MOTION TO CONTINUE DEADLINE TO JOIN ADDITIONAL PARTIES

Before the Court is *pro se* Defendant Michael

Flaherty's ("Defendant") Unopposed Motion to Continue

Deadline to Join Additional Parties ("Motion"), filed

September 30, 2009.[1]  The Court finds this matter

suitable for disposition without a hearing pursuant to

Rule 7.2(d) of the Local Rules of Practice of the

United States District Court for the District of Hawaii

_____

[1]  This being the second unopposed motion filed
concerning the extension of deadlines set forth in the
Rule 16 Scheduling Order, the Court informs the parties
that they may, in the future, file stipulations to
extend deadlines subject to Court approval.

("Local Rules"). After careful consideration of the

Motion, the Court GRANTS the Motion.

Defendant requests that the Court extend the

deadline to join additional parties from July 24, 2009

to October 16, 2009. The extension is requested so

that the parties may join outside parties that have

failed to respond to Plaintiff United States of

America's subpoenas as well as letters and phone calls

from Defendant requesting that they respond to the

subpoenas. According to Defendant, these parties sold

stock to Defendant and possess records of the purchase

and sale of stocks that are the subject of the instant

litigation.

Defendant represents that he has contacted

Plaintiff, Defendant Margaret Rona Lee Flaherty, and

counsel for the other Defendants and no one objected to

the Motion.

Based on the foregoing and pursuant to Rule

16(b) of the Federal Rules of Civil Procedure, the

Court finds that good cause exists to amend the Rule 16

Scheduling Order.  The deadline to amend pleadings/add

parties is hereby extended to October 16, 2009.

Accordingly, Defendant's Motion is HEREBY

GRANTED.

IT IS SO ORDERED.

Dated:  Honolulu, Hawaii, October 2, 2009.



_____
Kevin S.C. Chang
United States Magistrate Judge

CV 08-00493 SOM-KSC; UNITED STATES OF AMERICA V. FLAHERTY, ET
AL.; ORDER GRANTING DEFENDANT MICHAEL FLAHERTY'S UNOPPOSED MOTION
TO CONTINUE DEADLINE TO JOIN ADDITIONAL PARTIES