ORIGINAL

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 15 2009

at 2 o'clock and 10 min P M.
SUE BEITIA, CLERK

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. CV08-000493 SOM KSC |
| Michael William Flaherty, et al | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| Harris Investor Services, Inc. | ) |
| *Third-party defendant* | ) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Ms. Barbara Hardy
Harris Investor Services, Inc.
Compliance Analyst
311 West Monroe Street, 14th Floor
Chicago, IL 60606

    A lawsuit has been filed against defendant  Michael William Flaherty  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  United States of America  .

    Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Michael William Flaherty
P. O. Box 1308
Kapaau, HI 96755-1308

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeremy N. Hendon, Trial Attorney, Tax Division
U. S. Department of Justice, P.O. Box 683, Ben Franklin Station
Washington DC 20044-0683

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: OCT 15 2009

*Signature of Clerk or Deputy Clerk*

Civil Action No. CV08-000493 SOM KSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: